United States District Court
Southern District of Texas
**ENTERED**
February 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KAMRAN AMIRLI, | § |
| | § |
| Petitioner, | § |
| | § |
| VS. | §   CIVIL ACTION NO. 1:26-CV-131 |
| | § |
| MIGUEL VERGARA, *et al.*, | § |
| | § |
| Respondents. | § |

## ORDER

Petition Kamran Amirli is currently detained by Immigration and Customs Enforcement at the Port Isabel Detention Facility in Cameron County, Texas. Petitioner presents a petition for writ of habeas corpus and requests emergency injunctive relief including his immediate release. (Petition, Doc. 1) To facilitate the Court's consideration of this matter, it is:

**ORDERED** that by no later than March 2, 2026, Respondents shall file a Response, identifying the legal basis for holding Petitioner Kamran Amirli in custody; and

**ORDERED** that by no later than March 9, 2026, Petitioner may file a Reply brief in support of the injunctive relief that he requests.

Signed on February 9, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge